## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-CV-00899-REB-GPG

**TED V. CLARK,**

Plaintiff,

v.

**HOME DEPOT, U.S.A., INC., a foreign corporation doing business as The Home Depot Store # 1513**

Defendant.

---

### STIPULATION RE BRIEFS AT ECF #41 and ECF #42 SUBMITTED PURSUANT TO THE ORDER OF U.S. MAGISTRATE GORDON P. GALLAGHER, DATED APRIL 9, 2019

---

Plaintiff, Ted V. Clark, through his undersigned counsel, and Defendant, Home Depot, U.S.A., Inc., through its undersigned counsel, respectfully submit this Stipulation Re Briefs at ECF #41 and ECF #42 pursuant to the Order entered by U.S. Magistrate Gordon P. Gallagher dated April 9, 2019.

### <u>STIPULATION</u>

**The parties stipulate and agree that the briefs and exhibits, filed on CMECF, and found at ECF #41 and ECF #42, shall remain under restriction.**

Dated:  April 15, 2019

s/*<u>Dorothy H. Dean</u>*
Gregory A. Gold
Dorothy H. Dean
The Gold Law Firm, LLC
7375 E. Orchard Road, Suite 300
Greenwood Village, CO 80111
Telephone: 303-694-4653

Fax:303-468-6155
greg@thegoldlawfirm.net
dorothy@thegoldlawfirm.net

*s/William G. Argeros*
Law Office of William G. Argeros
49 Bobcat Lane
Redstone, CO 81623
Telephone: 970-923-6100
Fax: 970-963-5836
Bill@argeroslaw.net

**ATTORNEYS FOR PLAINTIFF**

s/*Arthur K. Smith*
Law Offices of Arthur K. Smith
507 Prestige Circle
Allen, Texas 75002
Telephone: 469-519-2500
Fax: 469-519-2555
asmith@aksmithlaw.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April, 2019, a true and correct copy of the foregoing

**STIPULATION RE BRIEFS AT ECF #41 and ECF #42 SUBMITTED PURSUANT TO THE ORDER OF U.S. MAGISTRATE GORDON P. GALLAGHER, DATED APRIL 9, 2019**, was filed with the Court via CM/ECF system. A copy of the Motion was served on all counsel of record via email.

*/s/ Christine D. Giuffra*
Christine D. Giuffra, Paralegal