IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00899-REB-GPG

TED V. CLARK,

        Plaintiff,

vs.

HOME DEPOT U.S.A., INC.,

        Defendant.                           **JURY DEMANDED**

___

**JOINT REPORT OF THE PARTIES TO THE COURT
AND REQUEST FOR ORDER MODIFYING SCHEDULING ORDER**
___

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

    COME NOW Plaintiff, Ted V. Clark, through his undersigned counsel, and Defendant, Home Depot U.S.A., Inc., through its undersigned counsel, and respectfully submit this Report to the Court pursuant to the Minute Order entered by Magistrate Judge Gordon P. Gallagher on April 18, 2019 (ECF #47) and request an Order modifying the Scheduling Order as follows:

**CERTIFICATE OF CONFERRAL**

    In support of this motion, the parties state as follows: Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned counsel have conferred regarding the relief requested. Both parties join in this request.

**MOTION**

    Pursuant to the Minute Order entered by Magistrate Judge Gordon P. Gallagher on April 18, 2019 (ECF #47), on April 23, 2019, the parties conferred regarding:

1. the amount of time needed for Plaintiff to obtain a pallet-jack expert and produce an expert report and subsequent rebuttal report from the opposing party;

2. modifications to the scheduling order in light of this situation; and

3. the efficacy of the current trial date in light of any changes the parties may propose to the other dates.

The parties agree that, under the circumstances, modifications need to be made to the Scheduling Order, including the trial date, and hereby jointly request modification as follows:

- Plaintiff's Liability (Pallet-Jack) Expert Disclosure – May 15, 2019

- Defendant's Rebuttal Liability (Pallet-Jack) Expert Disclosure – June 7, 2019

- Discovery Cut-Off – August 1, 2019

- Dispositive Motion Deadline – August 16, 2019

- Final pretrial conference will be held in this case on _____ at _____ o'clock ___m.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven (7) days before the final pretrial conference.

- Anticipated length of trial and whether trial is to the court or jury:  Anticipated length of jury trial is 4-5 days.  Jury trial, Grand Junction, _____, 20__.

WHEREFORE, for the reasons set forth above, the parties respectfully request that this Court enter an Order modifying the Scheduling Order as discussed herein.

Dated:  April 24, 2019

Respectfully submitted,

By: */s/ Gregory A. Gold*
Gregory A. Gold
greg@thegoldlawfirm.net
Dorothy H. Dean
dorothy@thegoldlawfirm.net
The Gold Law Firm, LLC
7375 E. Orchard Road, Suite 300
Greenwood Village, CO 80111
Telephone: 303-694-4653
Fax:     303-468-6155

By: */s/ William G. Argeros*
William G. Argeros
Law Office of William G. Argeros
49 Bobcat Lane
Redstone, CO 81623
Telephone: 970-923-6100
Fax: 970-963-5836
Bill@argeroslaw.net

**ATTORNEYS FOR PLAINTIFF**

By: */s/ Arthur K. Smith*
Arthur K. Smith
LAW OFFICES OF ARTHUR K. SMITH,
a Professional Corporation
507 Prestige Circle
Allen, Texas  75002
(469) 519-2500
Fax:  (469) 519-2555
asmith@aksmithlaw.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of April, 2019, a true and correct copy of the foregoing pleading has been served on Plaintiff's counsel of record through the Court using the Court's Electronic Case Filing System.

                                      */s/ Arthur K .Smith*
                                      Arthur K. Smith