**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action 18-cv-00899-REB-GPG

TED V. CLARK,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    This matter is before me on **Joint Stipulation of Dismissal of All Claims** [#59][1] filed June 28, 2019. After reviewing the stipulation and the record, I conclude the stipulation should be approved.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Stipulation of Dismissal of All Claims** [#59] filed June 28, 2019, is approved;

    2. That the claims of the plaintiff against the defendants are dismissed with prejudice, with each party to pay their own attorney fees and costs;

    3. That all hearings and deadlines are vacated, including the combined final pretrial/trial preparation conference set October 24, 2019, and jury trial set to commence November 18, 2019; and

---

[1] "[#59]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

4. That this case is closed.

Dated June 28, 2019, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge